AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Premises and Devices at<br>157 Cloverleaf Rd, Garden City, KS 67846,<br>further described in Attachment A | )<br>)<br>)  Case No.  22-MJ-6284-01-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Kansas_____
*(identify the person or describe the property to be searched and give its location)*:

The Premises and Devices at 157 Cloverleaf Rd, Garden City, KS 67846, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   20 Oct 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the Honorable Gwynne E. Birzer  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6 Oct 22 @ 3:48 pm        _Gwynne E. Birzer_
                                                   Judge's signature

City and state:   Wichita, KS              The Honorable Gwynne E. Birzer, US Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 22-MJ-6284-01-GEB | Date and time warrant executed: 10/12/22 7:15 a.m. | Copy of warrant and inventory left with: Alan Petrocca |

Inventory made in the presence of:
Alan Petrocca

Inventory of the property taken and name of any person(s) seized:

See FD-597 attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/25/22

_____
Executing officer's signature

FBI Special Agent Amy M. Kuhn
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305I-KC-3537880
On (date): 10/12/22

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 
(Street Address): 157 Cloverleaf,
(City): Garden City, KS 67846

Description of Item(s): Nexus black cell phone Model 2703CIE960, Raspberry Pie, LG blue cellphone JFL713DL - broken, black cell phone - broken, ONN black tablet SN-GSKD7A07074, white tablet - broken, 4 Thumb drives, Red+black Thumb drive, JANIK thumb drive, 6 Hard drives, ACER laptop with charger, Raspberry Pie, ONN Thumbdrive, Hard drive - Western digital, large Thor black tower - missing back, Corsair Memory Computer Part, Large black tower LG Modisc, Next white tower - broken, 32GB Sandisk Thumbdrive, MSI Gaming Computer laptop, White Tablet X98 Pro Teclast,

Received By: (Signature)
Printed Name/Title: FBI SA Amy M. Kuhn

Received From: (Signature)
Printed Name/Title: